IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD COCHRAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:11-CV-927 |
| | ) | |
| VOLVO GROUP NORTH AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On May 28, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 133 and 134.) Counsel for all parties have indicated they do not object. (Doc. 136; communication reflected in docket entry dated May 30, 2014.)

It is **ORDERED** that the Defendant Volvo's Motion to Compel and for Sanctions (Doc. 131) is **GRANTED** and all claims of Plaintiffs Frank Beatty III, Ronnie Chosewood, Tom Dougherty, Mark Ebel, Mike Faustini, Wayne Fox, Lawrence Hodge, Semio Express, Inc., and Harvey West be and are **DISMISSED** without prejudice pursuant to Federal Rules of Civil Procedure 37(d) and 41(b), for the reasons stated by the Magistrate Judge.

This the 2nd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE