IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICHARD COCHRAN, et al.,

            Plaintiffs,

    vs.                              Case No. 1:11CV00927

VOLVO GROUP NORTH AMERICA, LLC,

            Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Plaintiffs and Defendant, by and through undersigned counsel, hereby stipulate

and agree that the claims asserted by Plaintiffs against Defendant are dismissed pursuant

to Federal Rule of Civil Procedure 41(a)(1) with prejudice, with each party to bear its

own costs, attorneys' fees, and expenses.

Respectfully submitted, this the 24th day of June, 2014.

| | |
|---|---|
| /s/ Cory S. Fein | /s/ Richard J. Keshian |
| Michael A. Caddell | Richard J. Keshian (SB #10681) |
| Cynthia B. Chapman | Chad D. Hansen (SB #32713) |
| Cory S. Fein | KILPATRICK TOWNSEND & |
| Caddell & Chapman |   STOCKTON LLP |
| 1331 Lamar, Suite 1070 | 1001 West Fourth Street |
| Houston, TX 77010-3027 | Winston-Salem, NC 27101 |
| Telephone: (713) 751-0400 | Telephone: (336) 607-7300 |
| Facsimile: (713) 751-0906 | Facsimile: (336) 607-7500 |
| mac@caddellchapman.com | RKeshian@KilpatrickTownsend.com |
| cbc@caddellchapman.com | ChadHansen@KilpatrickTownsend.com |
| csf@caddellchapman.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Volvo Group North America, LLC* |

## ATTESTATION

I, Richard J. Keshian, am the ECF User whose identification and password are being used to file this **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**.  I have obtained the consent of the plaintiffs to file this document on its behalf.


Dated:  June 24, 2014

s/ Richard J. Keshian
Richard J. Keshian (SB #10681)

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system that will send notification of such filing to the

following:

G. Christopher Olson
gco@m-j.com

John Alan Jones
jaj@m-j.com

Cory Steven Fein
csf@caddellchapman.com

Cynthia Bodendieck Chapman
cbc@caddellchapman.com

Michael Allen Caddell
mac@caddellchapman.com

Mitchell A. Toups
matoups@wgttlaw.com

*Attorneys for Plaintiffs*

I hereby certify that I also have mailed the documents to the following non
CM/ECF participants:  None.

/s/ Richard J. Keshian
Richard J. Keshian (SB #10681)
Chad D. Hansen (SB #32713)
**Kilpatrick Townsend & Stockton LLP**
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500
RKeshian@KilpatrickTownsend.com
ChadHansen@KilpatrickTownsend.com

*Attorneys for Defendant*
*Volvo Group North America, LLC*